# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7082**                          **September Term, 2024**

**1:24-cv-00166-UNA**

**Filed On: January 3, 2025** [2092457]

Derrick Allen,

      Appellant

  v.

Guilford Technical Community College,

      Appellee

## **M A N D A T E**

In accordance with the judgment of October 15, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                        BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed October 15, 2024